```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

FRANK RANDOLPH REDD,           \*

    Plaintiff               \*

vs.                            \*

                                        CASE NO. 4:11-CV-46 (CDL)

JOHNNY GOSHEA,                 \*

    Defendant               \*

ORDER ON RECOMMENDATION OF DISMISSAL

    This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on May 10, 2011.  No objection has been filed to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

    IT IS SO ORDERED, this 26th day of September, 2011.

                                                      s/Clay D. Land
                                                      CLAY D. LAND
                                                      UNITED STATES DISTRICT JUDGE